UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:                                                    Case No. GL 24-01793-jtg

LESLIE MIRRAC ANTHONY,                                    Chapter 7

          Debtor.                                    Hon. John T. Gregg

_____/

## ORDER TRANSFERRING VENUE TO
## EASTERN DISTRICT OF MICHIGAN

This matter comes before the court on a motion to transfer venue [Dkt. No. 27] (the "Motion") filed by Leslie Mirrac Anthony, the debtor in the above-captioned case (the "Debtor"). In the Motion, the Debtor requests that venue be transferred from the Western District of Michigan to the Eastern District of Michigan. Because the Debtor resides in Novi, Michigan, the court concludes that it is appropriate to transfer venue to the United States District Court for the Eastern District of Michigan, subject to potential subsequent referral to the United Staes Bankruptcy Court for the Eastern District of Michigan. *See* 28 U.S.C. § 1408; 28 U.S.C. § 157; Fed. R. Bankr. P. 1014(a)(2).[1]

IT IS HEREBY ORDERED THAT:

1.      The Motion is granted.

2.      The venue for this case is transferred to the United States District Court for the Eastern District of Michigan.

3.      The Clerk is authorized to take any and all actions necessary to effectuate the provisions of this Order.

IT IS FURTHER ORDERED THAT the Clerk shall serve a copy of this Order pursuant to Fed. R. Bankr. P. 9022 and LBR 5005-4 upon Leslie Mirrac Anthony, Scott A. Chernich, Esq., the United States Trustee, the Clerk of Court for the United States Bankruptcy Court for the Eastern District of Michigan, and the creditor matrix.

[END OF ORDER]

---

[1]     This court previously entered an order to show cause [Dkt. No. 13] as to why venue should not be transferred. In light of the relief set forth in this Order, the hearing regarding the order to show cause on August 13, 2024 is cancelled.

**Signed: July 24, 2024**





John T. Gregg
United States Bankruptcy Judge