241210UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In re: Leslie Mirrac Anthony** | 2:24-CV-12101-TGB-KGA<br><br>ORDER REFERRING CASE TO BANKRUPTCY COURT AND TERMINATING CIVIL CASE |

Debtor Leslie Mirrac Anthony filed this Chapter 7 action in the United States Bankruptcy Court for the Western District of Michigan. Because Anthony resides in Novi, which is in the Eastern District of Michigan, the Bankruptcy Court entered an order transferring venue for her case to the Eastern District of Michigan.

But the transfer order mistakenly designated the new venue as the United States *District* Court for the Eastern District of Michigan, rather that the United States *Bankruptcy* Court for the Eastern District of Michigan. In an attempt to comply with the order, the Clerk's Office assigned this matter a civil case number.

Congress has authorized district courts to refer "any or all" bankruptcy related proceedings to bankruptcy judges for their district. 28 U.S.C. § 157(a). Consistent with this authorization, this District's Local Rule 83.50(a)(1) provides that:

> Unless withdrawn by a district judge, all cases under Title 11 of the United States Code and any or all proceedings arising under Title 11 or arising in or related to a case under Title 11

1

are referred to bankruptcy judges. The court intends to give bankruptcy judges the broadest possible authority to administer cases and proceedings properly within their jurisdiction.

In short, there is a "presumption that Congress intended to have bankruptcy proceedings adjudicated in bankruptcy court." *Hatzel & Buehler, Inc. v. Central Hudson Gas & Elec.*, 106 B.R. 367, 371 (D. Del. 1989) (quotations omitted).

In accordance with this presumption and Local Rule 83.50(a)(1), **IT IS ORDERED** that this case is **REFERRED** to the United States Bankruptcy Court for the Eastern District of Michigan. It is further **ORDERED** that Anthony's civil case in the United States District Court for the Eastern District of Michigan is **TERMINATED**.

**SO ORDERED**, this 13th day of August, 2024.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge